784

■ In the Matter of the Claim of FRANCES WASYLUK, Respondent, against WEBB & KNAPP, INC., et al., Appellants, and EQUITABLE OFFICE BLDG. CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWTON GAVIN, SR., Appellant.— Application for an extension of time within which to perfect appeal. Application granted and time is extended until August 1, 1960. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of HAROLD WIDRO. GOODYEAR ALUMINUM PRODUCTS, INC.— Motion for a stay granted, without costs, upon condition that the appellant perfect his appeal on or before April 25, 1960 and is ready for argument at the May Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HOWARD A. LA ROSE et al., Respondents, v. KALMAN BACKER et al., Appellants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. The transcript of the testimony has been filed with this court as indicated in the answering affidavit, but such filing does not dispense with the necessity of settlement of the complete record and of compliance with rule VII of the Rules of the Appellate Division, Third Department, generally. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HAROLD STILES, by His Guardian ad Litem RALPH STILES, et al., Respondents, v. WILLIAM CADDICK et al., Appellants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HELEN A. HODGE et al., Plaintiffs, v. CITY OF WATERVLIET, Defendant. — Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of THEODORE P. FEURY, as Executor of GEORGE H. CLARK, Deceased, Respondent, against NEW YORK STATE TAX COMMISSION, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MICHAEL LONGO, Appellant, v. SHAKER HEIGHTS DEVELOPMENT, INC., Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ RICHARD L. VINING, Appellant, v. MARSTON LA FRANCE et al., Respondents.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ ROBERT TRUDEAU, Appellant, v. PLATTSBURGH PUBLISHING COMPANY, INC., Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and